## Startzell v. Montgomery Plaza, Inc. (et al., Appellant).

Argued January 16, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

586

reargument refused May 16, 1973.

*Roger B. Reynolds,* for appellant.

*Raymond M. Seidel,* with him *High, Swartz, Roberts & Seidel,* for appellee.

OPINION PER CURIAM, March 16, 1973:
Order affirmed. Costs on appellant.